SAMUEL J. CARR, Appellant, v. ROSE KARTEZ, Individually and as Executrix of JACOB FRUCHTBAUM, Deceased, Respondent.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

MILTON COHN, Appellant, v. BROAD CHANNEL RESTAURANT, INC., Respondent.—

In our opinion, the plaintiff made out a prima facie case for a rule 9 preference. Defendant failed to oppose the motion in the court below. But even if it had, we believe that under the circumstances here the preference should have been granted. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

JACOB W. FRIEDMAN, Respondent, v. EASTWOOD STOCK FARMS, INC., et al., Appellants.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

SHIRLEY GOLDEN, Appellant, v. DAVID GOLDEN, Respondent.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.